UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 APR 27 AM 8: 33

... COURT
... OF FLORIDA
... FLORIDA

IN RE INSURANCE MANAGEMENT ) Case No. 8:00-CV-2013-T-26MAP
SOLUTIONS GROUP, INC., )
SECURITIES LITIGATION )

**ORDER RE: DISTRIBUTION OF CLASS SETTLEMENT FUND**

**WHEREAS**, on July 18, 2003, this Court entered an Order and Final Judgment approving the terms of the Stipulation and Agreement of Settlement dated April 15, 2003 (the "Stipulation") in the above-referenced class action; and

**WHEREAS**, this Court has directed the parties to consummate the terms of the Stipulation; and

**WHEREAS**, this Court has retained jurisdiction of this Action for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the processing of Proof of Claim and Release forms and the distribution of the Gross Settlement Fund to the Authorized Claimants.

**NOW, THEREFORE**, upon reading and filing the Affidavit of Frank Barkan of RSM McGladrey, Inc., the Claims Administrator, the Affidavit of Jack Reise of Cauley Geller Bowman & Rudman, LLP, one of Plaintiff's Co-Lead Counsel, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby

**ORDERED**, that the administrative determinations of the Claims Administrator accepting the claims as indicated on the computer printout of accepted claims submitted with and described

EXHIBIT A

in the Affidavit of Frank Barkan, including claims submitted after September 2, 2003, up until April 1, 2004, be and the same hereby are approved, and said claims are hereby accepted; and it is further

**ORDERED**, that the administrative determinations of the Claims Administrator rejecting the claims as indicated on the computer printout of rejected claims submitted with and described in the Affidavit of Frank Barkan be and the same hereby are approved, and said claims are hereby rejected; and it is further

**ORDERED**, that RSM McGladrey, Inc., be paid the sum of $42,995.95 from the Cash Settlement Amount for its fees and in reimbursement of its expenses incurred and to be incurred in connection with the administration, taxation and disbursement of the Gross Settlement Fund; and it is further

**ORDERED**, that the balance of the Cash Settlement Amount after deducting the payments previously allowed and set forth herein (the "Gross Settlement Fund") shall be distributed to the eligible claimants listed on the computer printout submitted with the Affidavit of Frank Barkan in proportion to the Recognized Loss allocable to each such eligible claimant as shown on such printout; and it is further

**ORDERED**, that the checks for distribution to the accepted claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO REVERSION BACK TO DEFENDANTS' INSURER 180 DAYS AFTER ISSUE DATE." Plaintiff's Co-Lead Counsel and the Claims Administrator are authorized to take appropriate action to locate and/or contact any eligible claimant who has not cashed his, her or its check within said time; and it is further

**ORDERED**, that the costs of such services to locate such claimants shall be payable from

**ORDERED**, that the costs of such services to locate such claimants shall be payable from the unclaimed/uncashed monies remaining in the Gross Settlement Fund; and it is further

**ORDERED**, that, as provided in the Plan of Allocation previously approved by the Court, after one year after the initial distribution of the Gross Settlement Fund to eligible claimants and after appropriate efforts have been made to have the eligible claimants cash their checks, Plaintiff's Counsel are authorized to distribute any funds remaining in the Gross Settlement Fund by reason or returned or unpaid checks or otherwise, to Defendants' insurer; and it is further

**ORDERED**, that the Court finds that the administration of the Settlement and the proposed distribution of the Gross Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation approved by this Court and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Cash Settlement Amount or the Gross Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Gross Settlement Fund are barred from making any further claim against the Gross Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order; and it is further

**ORDERED**, that the Claims Administrator is hereby authorized to discard paper or hard copies of the Proof of Claim and Release forms and supporting documents not less than one year after the initial distribution of the Gross Settlement Fund to the eligible claimants and electronic or magnetic media data not less than three years after the initial distribution of the Gross Settlement Fund to the eligible claimants; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this action; and it is further

**ORDERED**, that no claim submitted after April 1, 2004 may be accepted for any reason whatsoever.

Dated: April 27, 2004

BY THE COURT

The Honorable Richard A. Lazzara
United States District Judge

G:\cgbr\Insurance Management (S) 20250\Pld\Settlement\ORD Distribution.wpd

F I L E   C O P Y

Date Printed: 04/29/2004

Notice sent to:

   ___   Kenneth Vianale, Esq.
          Vianale & Vianale LLP
          5355 Town Center Rd., Suite 801
          Boca Raton, FL  33486

          8:00-cv-02013   wlb

   ___   William S. Lerach, Esq.
          Milberg, Weiss, Bershad, Hynes & Lerach, LLP
          401 B St., Suite 1700
          San Diego, CA  92101

          8:00-cv-02013   wlb

   ___   Michael A. Swick, Esq.
          Milberg, Weiss, Bershad, Hynes & Lerach, LLP
          401 B St., Suite 1700
          San Diego, CA  92101

          8:00-cv-02013   wlb

   ___   Darren J. Robbins, Esq.
          Milberg, Weiss, Bershad, Hynes & Lerach, LLP
          401 B St., Suite 1700
          San Diego, CA  92101

          8:00-cv-02013   wlb

   ___   Paul J. Geller, Esq.
          Cauley, Geller, Bowman & Rudman, LLP
          197 S. Federal Hwy., Suite 200
          Boca Raton, FL  33432

          8:00-cv-02013   wlb

   ___   Jack E. Reise, Esq.
          Cauley, Geller, Bowman & Rudman, LLP
          197 S. Federal Hwy., Suite 200
          Boca Raton, FL  33432

          8:00-cv-02013   wlb

   ___   Jonathan M. Stein, Esq.
          Cauley, Geller, Bowman & Rudman, LLP
          197 S. Federal Hwy., Suite 200
          Boca Raton, FL  33432

          8:00-cv-02013   wlb

   ___   Howard K. Coates Jr., Esq.

Milberg, Weiss, Bershad, Hynes & Lerach
5355 Town Center Rd., Suite 900
Boca Raton, FL  33486

8:00-cv-02013    wlb

Robert R. Adler, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach
5355 Town Center Rd., Suite 900
Boca Raton, FL  33486

8:00-cv-02013    wlb

Richard S. Davis, Esq.
Foley & Lardner
777 S. Flagler Dr., Suite 901 W.
West Palm Beach, FL  33401-6163

8:00-cv-02013    wlb

Douglas M. Hagerman, Esq.
Foley & Lardner
One IBM Plaza
330 N. Wabash Ave., Suite 3300
Chicago, IL  60611

8:00-cv-02013    wlb

Chris S. Coutroulis, Esq.
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239

8:00-cv-02013    wlb

Nancy J. Faggianelli, Esq.
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239

8:00-cv-02013    wlb

Matthew C. Lucas, Esq.
Bricklemyer, Smolker & Bolves, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL  33602-4990

8:00-cv-02013    wlb

Mark F. Bideau, Esq.
Greenberg Traurig P.A.
777 S. Flagler Dr., Suite 300 E.
P.O. Box 20629
West Palm Beach, FL  33401-0629

8:00-cv-02013    wlb

Jon Andrew Jacobson, Esq.
Greenberg Traurig P.A.
777 S. Flagler Dr., Suite 300 E.

P.O. Box 2C )
West Palm Beach, FL 33401-0629 )

8:00-cv-02013    wlb

___  Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko
16 W. 46th St., Floor 7
New York, NY  10036

8:00-cv-02013    wlb

___  Marc A. Topaz, Esq.
Schiffrin & Barroway, LLC
Three Bala Plaza E., Suite 400
Bala Cynwyd, PA  19004

8:00-cv-02013    wlb

___  Corey D. Holzer, Esq.
Holzer Holzer & Cannon LLC
1117 Perimeter Ctr. W., Suite E-107
Atlanta, GA  30338

8:00-cv-02013    wlb